# EXHIBIT C

25 Memes To Help You Start Yo ×

www.someecards.com/memes-lists-comics/memes/funny-memes-3750419/




ADVERTISING




**URL:** https://www.someecards.com/memes-lists-comics/memes/funny-memes-3750419/

**Screenshot Taken:** 2021-08-01 19:00 (Europe/Budapest) **HTML Updated:** "www.someecards.com" reports "08/01/2021 18:58:47". **Case ID:** CAS-109408 **URL ID:** UID-00848981

**IP Addresses:** Client "176.63.12.114" contacted server "www.someecards.com" at "104.22.70.129".

ADVERTISING




ADVERTISING






# 25 Memes To Help You Start Your Morning Off With Some Giggles.

MISSY BAKER
Dec 5, 2020 | 9:27 AM

ADVERTISING




You might feel like crying when you wake up in the morning, but with these funny memes, your tears will be tears of joy. This hilarious list is just the thing to start your day off with a laugh.

1.

Me in my thirties after sleeping on my side slightly different than usual:



2.




ADVERTISING




3.

She said “NO”



4.




ADVERTISING

5.

Finally found perfect place to live




6.




ADVERTISING

7.




8.

me: nah i'm not a very sensitive person... i got pretty thick skin
friend: ur laugh is kinda odd...
me for the next 13 days:



ADVERTISING

9.

me saying goodbye to the girl i met in the club bathroom 5 minutes ago



10.

wittyidiot
@stephenszczerba

Snacking while watching true crime has become so habitual that if I ever did witness a murder I'd probably have to go grab something to munch on before the killer was finished

ADVERTISING

11.

When I was a kid we didn’t have fun playplaces, we had McJail




12.

When you feel guilty for not working but you’re still not working



ADVERTISING

13.

Girlsthinkimfunny
@grlsthinkimfuny

When you’re cuddling your pet and they get up and leave



imagefromios-3-9EE2fa.jpg (JPEG Image, 828 × 537 pixels) - Mozilla Firefox

imagefromios-3-9E... ×

https://cdn.someecards.com/posts/imagefromios-3-9EE2fa.jpg

Search




Modified: 04 Sep 2020 Screenshot: 28 Jul 2021 18:26:49

Modified: 04 Sep 2020 Screenshot: 28 Jul 2021 18:26:49